IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiffs,<br><br>VS<br><br>OMAR SANTIAGO-OCASIO [106]<br>Defendant. | CRIM NO: 08-204  DRD |

## ORDER ADOPTING REPORT AND RECOMMENDATION

ORDER adopting Report and Recommendation, Docket No. 1916 as to Defendant's motion to dismiss counts one through five, and seven of the indictment, or in the alternative to obtain a bill of particulars and incorporated memorandum of points and authorities, Docket No. 1640.

The records shows that the Report and Recommendations is unopposed. Hence, the Court needs only satisfy itself that there is no plain error on the face of the record in order to accept an unopposed Report and Recommendation. See Douglass v United Servs. Auto, Assn, 79 F.3d 1415 (5th Cir. 1996); Nogueras-Cartagena v. United States, 172 F. Supp. 2d 296, 305 (D.P.R. 2001); Garcia v. I.N.S., 733 F. Supp. 1554 (M.D.Pa. 1990). After having reviewed the Report and Recommendation, the Court finds no plain error in the findings made by the Magistrate Judge at Docket No. 1640, as the findings of fact and the conclusions of law, are well supported on the record and applicable law. Hence, the Court hereby adopts in toto the Report and Recommendation of the Magistrate Judge

IT IS SO ORDERED.

In San Juan, Puerto Rico, on this 15th day of December 2009.

S/ DANIEL R. DOMINGUEZ
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE